

# VIRGINIA & AMBINDER LLP
Attorneys at Law

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

**John M. Harras**
Partner
jharras@vandallp.com

August 5, 2021

**VIA ELECTRONIC CASE FILING**

Honorable Paul A. Engelmayer, U.S.D.J.
United States Courthouse
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re: *Trs. of the NYC Dist. Council of Carpenters Pension Fund, et al. v. William Somerville, Inc.*; Civil Action No.: 20 CV 8983 (PAE)

Dear Judge Engelmayer:

This firm represents Plaintiffs in the above-referenced action. Plaintiffs write, jointly with Defendant, to respectfully request that the Court adjourn the case management conference scheduled in this action for August 11, 2021 for 30 days, until September 10, 2021, to allow the parties to focus on settlement.

The parties have engaged in significant settlement negotiations since requesting an extension of discovery on May 24, 2021. As a result of those negotiations, counsel for the parties have reached a tentative framework for settlement, pending client approval. Undersigned counsel has to present the proposed settlement framework to the board of trustees for each Plaintiff for formal approval.

Accordingly, the parties respectfully request that the Court grant the parties a 30-day adjournment of the August 11, 2021 conference to September 10, 2021 or to another date convenient for the Court. This request is the first such request. All parties consent to this request.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,
*John M. Harras*
John M. Harras

cc: Counsel of Record (via ECF)

Granted. The conference is adjourned until September 10, 2021, at 2 p.m. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
8/5/2021