UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND, WELFARE
FUND, ANNUITY FUND, APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, et al.,

                              Plaintiffs,

-v-

WILLIAM SOMERVILLE, INC.,

                              Defendant.

20 Civ. 8983 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      A case management conference is scheduled for September 10, 2021 at 2:00 p.m. Dkt. 22. Due to the current public health situation, that conference will be a telephonic conference. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

      SO ORDERED.

                                                                         *Paul A. Engelmayer*
                                                                            PAUL A. ENGELMAYER
                                                                            United States District Judge

Dated: September 8, 2021
       New York, New York