UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> WILLIAM SOMERVILLE, INC., <br><br> Defendant. | 20 Civ. 8983 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

On September 10, 2021, the Court held a case management conference in this case. *See* Dkt. 23. At this conference, the Court directed the parties to submit any consent judgment by September 15, 2021.

In the event that the parties do not submit a consent judgment, the Court set the following briefing schedule for the plaintiffs' motion for summary judgment.

- Plaintiff's opening brief is due September 24, 2021.

- Defendant's opposition brief is due October 8, 2021.

- Plaintiff's reply brief is due October 15, 2021.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: September 10, 2021
       New York, New York