**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND; NAD THE CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

                       Plaintiffs,                                  20 **CIVIL** 8983 (PAE)

        -against-                                          **JUDGMENT**

WILLIAM SOMERVILLE, INC.,

                       Defendant

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 21, 2021, the Court grants summary judgment in favor of plaintiffs and issues judgment in the amount of $76,983.19, plus post-judgment interest pursuant to 28 U.S.C. § 1961(a). The Court also awards attorneys' fees and costs in the amount of $20,884.21; accordingly, the case is closed.

**Dated:**  New York, New York
            December 22, 2021

                                                      **RUBY J. KRAJICK**
                                                      Clerk of Court

                                       BY: _____
                                                        Deputy Clerk